Judge: Philip H. Brandt
Chapter: 13
Hearing Date: July 16, 2009
Hearing Time: 9:00 a.m.
Hearing Location:
    Judge Brandt's Courtroom
    700 Stewart St #8106
    Seattle, WA 98101
Response Date: July 09, 2009

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

QUANCY CLAYBORNE,

    Debtor(s).

IN CHAPTER 13 PROCEEDING
NO. 08-12388-PHB

ORDER DISMISSING CASE

THIS MATTER having come before the Court upon the Chapter 13 Trustee's motion to dismiss case, proper notice having been given, and the Court having examined the files and records, having heard any argument of counsel, and being fully advised, it is

ORDERED that this case is dismissed.

*/s/ PHB*

United States Bankruptcy Judge
(Dated as of Entered on Docket date above)

Presented by:

*/s/ K. Michael Fitzgerald*
K. MICHAEL FITZGERALD, WSBA #8115
Chapter 13 Trustee

ORDER DISMISSING CASE - 1

Chapter 13 Trustee
600 University St. #2200
Seattle, WA 98101-4100
(206) 624-5124 FAX 624-5282