Form ntcdsm (02/2009)

# UNITED STATES BANKRUPTCY COURT
Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

In Re:

Quancy Clayborne

Case Number: 08−12388−PHB
Chapter: 13

Debtor(s).

## NOTICE OF DISMISSAL

Notice is hereby given that an Order of Dismissal was entered in the above referenced case on **August 20, 2009 for Quancy Clayborne, Debtor and N/A , Joint Debtor.** Any unpaid fees in a dismissed case are due and owing to the Clerk of the Bankruptcy Court.

Dated: September 1, 2009

Mark L. Hatcher
Clerk, U.S. Bankruptcy Court

By: Sharon Atkins−Davis
Deputy Clerk

# CERTIFICATE OF NOTICE

The following entities were noticed by first class mail on Sep 03, 2009.
```
db          +Quancy Clayborne,    1071 25th Ave E,    Seattle, WA 98112-3609
sr          +US Bank NA,    Routh Crabtree Olsen, P.S.,    c/o Lance E. Olsen,    3535 Factoria Blvd SE #200,
              Bellevue, WA 98006-1263
951106248   +Capital One,    3901 North Dallas Tollway,    Dallas, TX 75093-7864
951106249   +Client Services Inc,    3451 Harry Truman Blvd,    St Charles, MO 63301-9816
951106252   +Hilco Receivables LLC,    5 Revere Drive, Suite 510,    Northbrook, Illinois 60062-8007
951106254    Macy's,    3039 Cornwallis Rd,    Durham, NC 27709
951106255   +National Service Bureau Inc,    18820 Aurora Ave N, Ste 205,    Shoreline, WA 98133-3900
951106256   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery,    120 Corporate Blvd.,    Norfolk VA 23502)
951106257   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates LLC,    PO Box 12914,
              Norfolk, VA 23451)
951141683   +Portfolio Recovery Associates, LLC.,    POB 41067,    NORFOLK VA 23541-1067
951152389   +U.S. Bank, N.A.,,    c/o National Default,    Servicing Corporation,
              2525 E. Camelback Road, Suite 200,    Phoenix, AZ 85016-4224
951106263   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: USBank,    U.S. Bancorp Center,    800 Nicollet Mall,
              Minneapolis, MN 55402)
951106261    US Bank Home Mortgage,    PO Box 790415,    St Louis, MO 63179-0415
951143371   +US Bank/Retail Payment Solutions,    PO Box 5229,    Cincinnati, OH 45201-5229
951106260   +Unifund CCR,    co/ Suttell & Associates,    1450 114th Ave SE #240,    Bellevue, WA 98004-6934
951106264   +Wells Fargo,    420 Montgomery Street,    San Francisco, CA 94104-1298
```

The following entities were noticed by electronic transmission on Sep 02, 2009.
```
smg          EDI: WADEPREV.COM Sep 02 2009 01:08:00     State of Washington,    Department of Revenue,
              2101 4th Ave, Ste 1400,    Seattle, WA 98121-2300
951194206   +EDI: ACCE.COM Sep 02 2009 01:08:00     Asset Acceptance LLC,    PO Box 2036,
              Warren MI 48090-2036
951106250    EDI: WADEPREV.COM Sep 02 2009 01:08:00     Department of Revenue,    Bankruptcy/Claims Unit,
              2101 4th Ave #1400,    Seattle, WA 98121-2300
951121734    EDI: DISCOVER.COM Sep 02 2009 01:08:00     Discover Bank / DFS Services LLC,    PO Box 3025,
              New Albany Ohio 43054-3025
951106251    EDI: DISCOVER.COM Sep 02 2009 01:08:00     Discover Financial,    PO BOX 3025,
              NEW ALBANY OH 43054-3025
951106253    EDI: IRS.COM Sep 02 2009 01:08:00     Internal Revenue Service,    915 Second Ave., MS244,
              Seattle, WA 98174
951162611    EDI: RESURGENT.COM Sep 02 2009 01:08:00     LVNV Funding LLC its successors and assigns as,
              assignee of Citibank,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
951106258   +EDI: CHASE.COM Sep 02 2009 01:08:00     Providian,    3801 S Collins,    Arlington, TX 76014-4122
951123044    E-mail/Text: bncbankruptcy@triadfinancial.com
              Triad Financial Corporation,    5201 Rufe Snow Drive, Suite 400,    North Richland Hills, TX 76180
951106259    E-mail/Text: bncbankruptcy@triadfinancial.com
              Triad Financial Corporation,    Dept CH10104,    Palatine, IL 60055-0104
951152389   +EDI: USBANKARS.COM Sep 02 2009 01:08:00     U.S. Bank, N.A.,,    c/o National Default,
              Servicing Corporation,    2525 E. Camelback Road, Suite 200,    Phoenix, AZ 85016-4224
951106263    EDI: USBANKARS.COM Sep 02 2009 01:08:00     USBank,    U.S. Bancorp Center,    800 Nicollet Mall,
              Minneapolis, MN 55402
951106261    EDI: USBANKARS.COM Sep 02 2009 01:08:00     US Bank Home Mortgage,    PO Box 790415,
              St Louis, MO 63179-0415
951143371   +EDI: USBANKARS.COM Sep 02 2009 01:08:00     US Bank/Retail Payment Solutions,    PO Box 5229,
              Cincinnati, OH 45201-5229
951210427    EDI: ECAST.COM Sep 02 2009 01:08:00     eCAST Settlement Corporation,
              successor to HILCO Receivables,    LLC assignee of Wells Fargo Bank,    POB 35480,
              Newark NJ 07193-5480
                                                                                              TOTAL: 15
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
951106262*    US Bank Home Mortgage,    PO Box 790415,    St Louis, MO 63179-0415
                                                                                              TOTALS: 0, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 03, 2009**          **Signature:**      _Joseph Speetjens_